NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellant,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Appellees.*

---

2012-1105

---

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-1846, Judge Lucy H. Koh.

---

## ON MOTION

---

Before REYNA, *Circuit Judge.*

## ORDER

Apple Inc. moves to have this case assigned to the March 2012 argument calendar. Samsung Electronics Co., Ltd. opposes.

The March 2012 calendar was scheduled a few days before the present motion was filed. Because it was not practicable to place the case on that calendar, the case will be assigned to the April 2012 calendar.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The case will be assigned to the April 2012 argument calendar.

FOR THE COURT

FEB 0 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Harold J. McElhinny, Esq.
    Charles K. Verhoeven, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 8 2012

JAN HORBALY
CLERK